**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

SAID AGHA TARAKHAIL,

*Plaintiff*,

v.

AMRIS HEATON,
Director, Washington DC Field Office, U.S. Citizenship and Immigration Services, *et al.*,

*Defendants*.

Case No. 1:25-cv-374 (RDA/WBP)

**ORDER**

This matter comes before the Court on the parties' joint motion to remand. Upon consideration of the motion, and for good cause shown, it is hereby

ORDERED that the parties' motion is GRANTED; and it is further

ORDERED that Plaintiff Tarakhail's Form N-400, Application for Naturalization, is REMANDED to United States Citizenship and Immigration Services ("USCIS") for further proceedings; it is further

ORDERED that USCIS shall render a decision on Plaintiff Tarakhail's Form N-400, Application for Naturalization, within sixty (60) days from the date of this Order; and it is further

ORDERED that all parties shall bear their own litigation costs and attorney's fees.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Dated: April 11, 2025
Alexandria, Virginia

Hon. Rossie D. Alston, Jr.
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF VIRGINIA